IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:04CR00072 |
| v. ) | **ORDER** |
| ) | |
| STEVEN WINFIELD TOMERSHEA, ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

For the reasons stated in the accompanying Opinion, it is **ORDERED** as follows:

    1. The defendant's pro se motion seeking to reopen his long-closed case (ECF No. 99) is DENIED;

    2. The Clerk is DIRECTED to redocket the motion (ECF No. 99) as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255;

    3. The § 2255 motion is DENIED without prejudice as successive; and

    4. The § 2255 motion is stricken from the active docket of the court.

ENTER: November 6, 2013

/s/ James P. Jones
United States District Judge